# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____

No. 2016-1676
_____

UNIVERSAL REMOTE CONTROL, INC.,

*Appellant*,

v.

UNIVERSAL ELECTRONICS, INC.,

*Appellee*.

_____

Appeal from the United States Patent and Trademark Office in
Case No. IPR2014-01109

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

Constantine L. Trela, Jr.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

Anna Mayergoyz Weinberg
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000

Peter H. Kang
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, California 94304
Telephone: (650) 565-7000

Theodore W. Chandler
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000

Douglas A. Miro
OSTROLENK FABER LLP
7th Floor
1180 Avenue of the Americas
New York, NY 10036

Telephone:  (212) 382-0700

*Counsel for Appellant*
*Universal Remote Control, Inc.*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant Universal Remote Control, Inc. ("Appellant") moves for a 22-day extension of time to file its opening brief. Appellant's opening brief is currently due on May 5, 2016. If Appellant's motion is granted, the deadline will be May 31, 2016.

Good cause exists for a 22-day extension, as set forth in the accompanying affidavit of lead counsel for Appellant, Peter H. Kang. Appellant's counsel of record have significant, preexisting professional commitments, including hearings and briefs in other matters and previously scheduled travel that limits their ability to devote the necessary time to the preparation of Appellant's brief without the requested extension. This is Appellant's first motion for an extension in this appeal. Appellee has indicated it does not oppose a 22-day extension.

Date: April 5, 2016

Constantine L. Trela, Jr.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

Anna M. Weinberg
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000

Respectfully submitted,

/s/ Peter H. Kang
Peter H. Kang
SIDLEY AUSTIN LLP
1001 Page Mill Road, Bldg. 1
Palo Alto, California 94304
Telephone: (650) 565-7000

Theodore W. Chandler
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000

Douglas A. Miro
OSTROLENK FABER LLP
7th Floor
1180 Avenue of the Americas
New York, NY 10036
Telephone: (212) 382-0700

*Counsel for Appellant*
*Universal Remote Control, Inc.*

## DECLARATION OF PETER H. KANG

PETER H. KANG declares:

1. I am principal counsel for Universal Remote Control, Inc. ("Appellant") in Appeal No. 2016-1766, pending before this Court. I am primarily responsible for the preparation of Appellant's brief in this appeal.

2. I make this Declaration in support of Appellant's unopposed motion for a 22-day extension of time to file Appellant's opening brief, from May 9, 2016 to May 31, 2016. This is Appellant's first request for an extension and is needed for the following reasons:

3. My professional commitments in other matters and preexisting business travel have limited and will continue to limit my ability to devote the necessary time to the preparation of Appellant's opening brief.

4. All counsel on behalf of Appellant in this appeal are also counsel on behalf of Appellant in *Universal Remote Control, Inc. v. Universal Electronics, Inc.*, Appeal Nos. 2015-1410, 2015-1561 and 2016-1055, before this Court. My co-counsel and I have spent considerable time writing Appellant's reply brief in these appeals, which was due on April 4, 2016.

5. All counsel on behalf of Appellant in this appeal are also counsel on behalf of Appellant in *Universal Remote Control, Inc. v. Universal Electronics, Inc.*, Appeal No. 2016-1677, before this Court. Appellant's opening brief in that

appeal is due on May 9, 2016 and Appellant has not sought an extension. My co-counsel and I anticipate spending considerable time writing the opening brief in Appeal No. 2016-1677 between now and May 9, 2016.

6. I am lead counsel for the defendants in the matter *Dynamic Digital Depth Research Pty Ltd. v. LG Electronics, Inc. and LG Electronics U.S.A., Inc.*, Case No. CV-15-5578-GW (Ex) (C.D. Cal.) currently pending in U.S. District Court for the Central District of California. A hearing on a motion to dismiss is scheduled for April 18, 2016 in this case. I will spend considerable time preparing for and arguing before the court in that hearing. By May 12, 2016, defendants must serve supplemental and amended Invalidity Contentions, and on May 26, 2016, the parties must exchange proposed terms for claim construction. I will expend considerable time preparing the documents necessary to satisfy these deadlines.

7. In addition, I have prior business and professional travel commitments that will take me to Arizona from April 11-17, 2016 and to London, United Kingdom and Paris, France from April 19-28, 2016.

8. My co-counsel also have several obligations that will limit their ability to devote the necessary time to the preparation of Appellant's opening brief. Co-counsel Mr. Trela and Mrs. Weinberg are counsel on behalf of Microsoft Corp. in *SurfCast Inc. v. Microsoft Corp.*, Appeal No. 2015-1568, before this Court.

Oral argument is scheduled for May 4, 2016. Mr. Trela and Mrs. Weinberg anticipate spending time preparing co-counsel for argument. In addition, Mrs. Weinberg is co-counsel on behalf of plaintiffs in *Gilead Sciences, Inc. et al v. Lupin Pharmaceuticals, Inc. et al*, Case No. 1:15-cv-01956-JFM (D. Md.). She has and will spend considerable time preparing opening expert reports, which are due on April 8, 2016 and rebuttal expert reports, which are due on April 29, 2016. In addition, she expects to spend considerable time preparing for and attending expert depositions before the close of expert discovery on May 20, 2016.

9.    Counsel for Appellee Universal Electronics, Inc., has indicated that it does not oppose a 22-day extension of time for Appellant to file its opening brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 5, 2016.

/s/ Peter H. Kang

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2016, a true and correct copy of the foregoing was timely filed with the Clerk of the Court using the appellate CM/ECF system, which will send notifications to all counsel registered to receive electronic notices.

/s/ Peter H. Kang
Peter H. Kang